1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOE M. TRUJILLO,

11              Plaintiff,                        No. CIV S-04-1485 DFL PAN

12        vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social Security,
14
                Defendant.
15   _____/

16   JOE M. TRUJILLO,

17              Plaintiff,                        No. CIV S-06-1284 DAD

18        vs.

19   JO ANNE B. BARNHART,
     Commissioner of Social Security,
20
                Defendant.                        ORDER
21   _____/

22

23              The court has received Notice of Related Cases; Request to Consolidate

24   concerning the above-captioned cases filed July 27, 2006.  See Local Rule 83-123, E.D. Cal..

25   The Court has determined, however, that it is inappropriate to relate or reassign the cases at this

26   time, and therefore declines to do so.  Plaintiff has provided no evidence to support his claim that

                                                1

the issues in the two cases are related.  While plaintiff seeks a judgment in both cases that he

meets the definition of disabled under the Social Security Act, there have been no dispositive

motions filed in the later case that would allow the court to evaluate both cases and assess the

validity of plaintiff's claim.  This order is for informational purposes only and shall have no

effect on the status of the cases.

DATED:  August 18, 2006.


UNITED STATES MAGISTRATE JUDGE

13

Trujillo.related.ord.ss.wpd

2