IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE M. TRUJILLO,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,[1]

    Defendant.

No. CIV S-06-1284 DAD

ORDER TO SHOW CAUSE

    Plaintiff challenges an administrative hearing decision dated October 17, 2005, denying plaintiff's claims for Social Security Disability and Social Security Supplemental Income benefits under Titles II and XVI of the Social Security Act.

    In response to a notice of related cases and request to consolidate filed in <u>Joe M. Trujillo v. Commissioner of Social Security</u>, No. CIV S-04-1485 PAN (JFM), Magistrate Judge John F. Moulds issued an order on August 21, 2006, finding it inappropriate to relate the above-captioned case to the 2004 case at that time due to a lack of evidence that the issues in the two cases are related.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1    The evidence before the undersigned at this time appears to demonstrate that the
2 issues in the two cases are identical.  The docket for case No. CIV S-04-1485 reflects that the
3 case was remanded pursuant to stipulation and order filed on May 19, 2005.[2]  On June 16, 2006,
4 defendant filed an answer after remand, and plaintiff filed a motion for summary judgment
5 and/or remand on August 22, 2006.  Plaintiff's summary judgment motion includes the following
6 statement:

> There is another case pending before this court involving the same plaintiff, the same defendant, and the same issues (2:06-CV-01284 DAD). . . . A decision in this case will resolve the other as well.

Joe M. Trujillo v. Commissioner of Social Security, case No. CIV S-04-1485 KJM,[3] Mem. in Supp. of Mot. for Summ. J. filed Aug. 22, 2006, at 3.  The legal argument in plaintiff's motion is that plaintiff meets the requirements of medical listing 12.05C and is therefore disabled.  By order filed January 31, 2007, Magistrate Judge Moulds determined that the administrative law judge's failure to find that plaintiff meets the requirements of Listing 12.05C was not in error and that the administrative law judge's August 23, 2003 decision was fully supported by substantial evidence in the record and based on the proper legal standards.  Id., Order filed Jan. 31, 2007, at 4-6 & 9.  Plaintiff's motion for summary judgment was denied, and defendant's motion for summary judgment was granted.  Id., Order filed Jan. 31, 2007, at 9.

In case No. CIV S-06-1284 DAD, plaintiff challenges an administrative law judge's decision dated October 17, 2005, denying disability benefits.  In plaintiff's motion for summary judgment and/or remand filed in this case on October 25, 2006, plaintiff states as follows:

/////

---

[2] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[3] The case was reassigned to Magistrate Judge Kimberly J. Mueller on February 11, 2007, due to the retirement of Magistrate Judge Peter A. Nowinski.

> There is another case pending before this court involving the same plaintiff, the same defendant (2:04-CV-01485 PAN). The plaintiff's legal counsel believed that the same issues are before the court in both cases. However, the Honorable John F. Moulds declined to consolidate the two actions.

(Pl.'s Mot. for Summ. J. filed Oct. 25, 2006, at 3.) The legal argument in plaintiff's summary judgment motion is that plaintiff meets the requirements of medical listing 12.05(C) and is therefore disabled.

Accordingly, IT IS ORDERED that plaintiff shall show good cause in writing, within ten days after this order is filed, why this case should not be dismissed on the ground that the issues in this action have been resolved by the decision in <u>Joe M. Trujillo v. Commissioner of Social Security</u>, case No. CIV S-04-1485 KJM.

DATED: June 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/trujillo1284.osc

3