IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE M. TRUJILLO,

      Plaintiff,                                   No. CIV S-06-1284 DAD

      vs.

MICHAEL J. ASTRUE,                      ORDER
Commissioner of Social Security,

      Defendant.

_____/

        This social security action was submitted to the court, without oral argument, for ruling on plaintiff's motion for summary judgment and/or remand and defendant's cross-motion for summary judgment. For the reasons explained below, this action will be dismissed.

        Plaintiff challenges an administrative hearing decision dated October 17, 2005, denying his claims for Social Security Disability and Social Security Supplemental Income benefits under Titles II and XVI of the Social Security Act. On June 11, 2007, plaintiff was ordered to show good cause in writing, within ten days, why this case should not be dismissed on the ground that the issues in the action were resolved by the decision filed on August 21, 2006, in Joe M. Trujillo v. Commissioner of Social Security, No. CIV S-04-1485 KJM. The ten-day period has expired, and plaintiff has not filed a written response to the order.

/////

1

1  The undersigned finds that the issues in this case have been decided. <u>Compare</u>
2  <u>Joe M. Trujillo v. Commissioner of Social Security</u>, No. CIV S-04-1485 KJM, Pl.'s Mem. in
3  Supp. of Mot. for Summ. J. filed Aug. 22, 2006, at 3 <u>with</u> <u>Joe M. Trujillo v. Michael J. Astrue</u>,
4  No. CIV S-06-1284 DAD, Pl.'s Mot. for Summ. J. filed Oct. 25, 2006, at 3.
5  Accordingly, IT IS ORDERED that this action is dismissed on the ground that the
6  issues in this action have been resolved by the decision filed August 21, 2006, in No. CIV S-04-
7  1485 KJM.
8  DATED: June 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/trujillo1284.ord.dism

2